```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN ZINNAMON, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

DANA'S BAKERY NY, LLC,

                Defendant.

23 Civ. 2723 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 30, 2023, Plaintiff, Warren Zinnamon, moved for entry of default against Defendant, Dana's Bakery NY, LLC. ECF No. 9; *see* ECF No. 10. The next day, the Clerk of Court entered a certificate of default. ECF No. 11. Accordingly, by **July 19, 2023**, Plaintiff shall advise the Court about his intentions with respect to the continuation of this action.

    SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge